```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


JIMMY G. NIXON, SR., et al.,    :
                                :   Civil Action No. 10-0546 (JBS)
            Plaintiffs,         :
                                :
        v.                      :   ORDER
                                :
DONNA ZICKEFOOSE, et al.,       :
                                :
            Defendants.         :
```

For the reasons expressed in the Opinion filed herewith,

IT IS on this __**19th**__ day of __**February**__, 2010,

ORDERED that Plaintiff Jimmy G. Nixon, Sr., may not proceed as representative of the proposed class of plaintiffs on his own behalf, nor may Plaintiff Nixon proceed without prepayment of the filing fee, as he is ineligible to proceed in forma pauperis; and it is further

ORDERED that the Clerk of the Court shall supply to Plaintiff Luis Rodriguez a blank form Application, for use by a prisoner, to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> in a Civil Rights Case; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee; and it is further

ORDERED that if Plaintiff Luis Rodriguez wishes to reopen this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101,

within 30 days of the date of entry of this Order; Plaintiff's writing shall include either (1) a complete in forma pauperis application, including an affidavit of indigence and six-month prison account statement, certified by the appropriate official of each prison at which the prisoner is or was confined, or (2) the $350 filing fee; and it is further

ORDERED that all pending motions shall be taken under advisement until such time as Plaintiff Luis Rodriguez applies to re-open this matter; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon both Plaintiffs by regular U.S. mail.

**s/ Jerome B. Simandle**
Jerome B. Simandle
United States District Ju0dge